UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>Eric FONSECA,<br>Jasson Aron GOMEZ-Moreno,<br><br>Defendants. | Magistrate Docket No. **23mj2839-JLB**<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens<br><br>Title 8, U.S.C. § 1324(a)(2)(B)(iii)<br>Bringing In Illegal Aliens Without<br>Presentation |

The undersigned complainant being, duly sworn, states:

Count One

On or about August 6, 2023, within the Southern District of California, defendant Eric FONSECA, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that a certain alien, namely, Jhony DIAZ-Gonzalez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count Two

The undersigned complainant being, duly sworn, states:

On or about August 6, 2023 within the Southern District of California, defendant Jasson Aron GOMEZ-Moreno, knowingly or in reckless disregard of the fact that certain aliens, namely, Jhony DIAZ-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jesse Bojorquez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 7, 2023.

_____
HON. JILL L. BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Eric FONSECA, Jasson Aron GOMEZ-Moreno,

## PROBABLE CAUSE STATEMENT

The complainant states that Jhony DIAZ Gonzalez is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 6th, 2023, Border Patrol Agent A. Haynes, was performing assigned duties in the Campo Border Patrol Station's Area of Responsibility (AOR). Agent Haynes was dressed in plain clothes wearing an agency issued body armor with agency badge plainly visible. Agent Haynes was driving an unmarked agency vehicle, with fully functioning lights and an audible siren.

At approximately 12:55 PM, Agent Haynes received a be on lookout notice "BOLO" from Campo Border Patrol Station's Tactical Operations Center, for a red Kia Spectra. The vehicle was last seen traveling eastbound through the town of Potrero. Agent was parked near Cameron Corners and approximately 15 minutes later, he observed a red Kia Spectra, traveling eastbound on SR 94. Agent Haynes was able to see two occupants, the driver, later identified as defendant Eric FONSECA an individual sitting in the back seat of the vehicle. In Agent's Haynes experience, smugglers often have the individuals that they pick up sit in the back seats. Agent Haynes decided to follow the vehicle to investigate further.

The Kia continued to travel eastbound on SR 94, and Agent Haynes contacted dispatch via service radio to request records checks on the vehicle. Records checks revealed that the vehicle had a release of liability out of Ontario, California, and that it had no Border Patrol Checkpoint crossings in the area. Ontario is approximately 154 miles from Campo. In Agents Haynes experience, a large percentage of vehicles used in smuggling events are registered well outside of Campo's AOR. Furthermore, there are three Border Patrol Checkpoints in or near Campo Border Patrol Station's AOR. These checkpoints effectively close off egress routes.

The Kia began traveling north on Church Road towards the Golden Acorn Casino. At approximately 1:22 PM, the Kia abruptly pulled off to the shoulder on Church Road, near a location known to Border Patrol Agents as the "Red Fire Truck". Agent Haynes parked and approached the driver's side window. As Agent Haynes came close to the vehicle, he was able to see an individual in the front seat, whom he had not noticed before. Agent Haynes identified himself as a Border Patrol Agent and conducted an immigration inspection on the passengers

CONTINUATION OF COMPLAINT:
Eric FONSECA, Jasson Aron GOMEZ-Moreno,

who were later identified as defendant Jasson Aron GOMEZ-Moreno and material witness Jhony DIAZ Gonzalez. GOMEZ and DIAZ stated that they are citizens of Mexico without any immigration documents allowing them to enter or remain in the United States legally. At approximately 1:25 PM, Agent Haynes placed FONSECA, GOMEZ, and DIAZ under arrest.

Defendant Eric FONSECA was read his Miranda rights and was willing to speak without an attorney. FONSECA stated that his role is to facilitate drug and alien smuggling into the United States. FONSECA stated that he operates out of the San Ysidro Port of Entry, the Otay Mesa Port of Entry, and various ports in Arizona. FONSECA stated that he needed quick money and that he was contacted by his friend to smuggle illegal aliens near the Tecate border area. FONSECA was going to be paid approximately $2,500 U.S. dollars to smuggle two illegal aliens. FONSECA openly stated that he was aware that he was transporting a "guide" and that the guide was going to go to the Los Angeles to pick up money to transport back to Mexico. FONSECA stated that he was going to do an exchange in a public area or take the illegal aliens to a stash house. FONSECA told agents that he has worked for five different smuggling cells.

Defendant Jasson Aron GOMEZ-Moreno was read his Miranda rights and was willing to speak without an attorney. GOMEZ stated that he entered the United States with the purpose of smuggling an undocumented alien. GOMEZ stated that an individual approached him and offered him money to smuggle an undocumented alien into the United States. GOMEZ stated that he was going to get paid $1,200 U.S. dollars, if he successfully smuggled one undocumented alien. GOMEZ stated that counting this event, he has four failed attempts and one successful smuggling event. GOMEZ stated that in this event he smuggled one undocumented alien across the United States border. GOMEZ stated that on August 6, 2023, he entered the United States though an unfenced area. GOMEZ stated that he and the alien walked throughout the night and morning until they arrived at their load up location. GOMEZ stated that he contacted the smuggling coordinator and 40 minutes later, their load vehicle arrived. GOMEZ described the load vehicle as a red four-door Kia. GOMEZ stated that the driver of the vehicle instructed them to get in. GOMEZ described the driver as an older male subject, light skin complexion and heavy body built. GOMEZ stated that they were arrested shortly after. GOMEZ stated that he was aware he was breaking the law by smuggling undocumented aliens into the United States. GOMEZ was able to identify the defendant, Eric FONSECA, as the individual driving the load vehicle that picked them up.

Material witness Jhony DIAZ Gonzalez stated that he is a citizen of Mexico and illegally crossed into the United States through an unfenced area of the border on August 6, 2023. DIAZ

CONTINUATION OF COMPLAINT:
Eric FONSECA, Jasson Aron GOMEZ-Moreno,

stated that he me someone in Tijuana whom he made smuggling arrangements with. DIAZ stated that he agreed to pay $9,000 U.S. dollars to be smuggled and transported to Los Angeles, California. DIAZ stated that at approximately 5:30 PM, he was picked and driven to mountainous terrain near the border and dropped off on the side of the road. DIAZ stated that he and two other individuals entered the United States by walking through an unfenced area. DIAZ stated that one of the other individuals, the older one, was guiding them. DIAZ stated that the foot guide took them to their pickup location near a road. DIAZ stated that they all waited for the load vehicle to arrive at their location. DIAZ stated that he observed both individuals using their cell phones throughout the smuggling event. DIAZ stated that based on his observations, the older foot guide was training the other younger individual how to guide. DIAZ stated that a vehicle approached their location and honked, indicating that he was there to pick them up. DIAZ stated that only him and a younger individual entered the vehicle. DIAZ described the vehicle as a red four-door sedan. DIAZ described the driver as a male subject, heavy built body, bald, with a beard, and wearing a gray t-shirt. DIAZ stated that they were stopped and apprehended by Border Patrol approximately 20 minutes later. DIAZ identified the defendant, Eric FONSECA, as the subject driving the load vehicle.